IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jeffery Eric Lewis,<br><br>　　PLAINTIFF,<br><br>　　v.<br><br>Thomas Joseph Moran,<br><br>　　DEFENDANT | C/A No. 2:22-cv-04110-RMG<br><br>**Notice of Removal** |

　　Defendant, Thomas Joseph Moran ("the Defendant") files this Notice of Removal to remove this action from the Colleton County Court of Common Pleas to this Court, pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(b).

　　1.　　On June 8, 2022, the Plaintiff filed a Complaint in the Colleton County Court of Common Pleas. A copy of the Complaint is attached.

　　2.　　Defendant, Thomas Joseph Moran was personally served with a copy of the Complaint on October 20, 2022, making the filing of this Notice timely pursuant to 28 U.S.C. § 1446(b).

　　3.　　This is a civil action over which this Court has original and removal jurisdiction under 28 U.S.C. §§ 1332(a)(1) and 1441(b). Specifically, the Plaintiff is, upon information and belief, a citizen of the state of South Carolina. Defendant is a citizen of the state of North Carolina. The Plaintiff seeks unspecified actual and punitive damages; the Plaintiff did not place a limit on the damages sought; and therefore the amount in controversy exceeds the sum of $75,000.

　　4.　　A copy of this Notice of Removal will be served on the Plaintiff, as required by 28 U.S.C. § 1446(d).

- 2 -

5.    A copy of this Notice of Removal will be filed with the Clerk of Court for the Colleton County Court of Common Pleas, as required by 28 U.S.C. § 1446(d).

WHEREFORE, the Defendant removes this action to this Court's jurisdiction.

GRIFFITH, FREEMAN & LIIPFERT, LLC

s/    *E. Mitchell Griffith*

E. Mitchell Griffith (Fed. ID #2469)
600 Monson Street
PO Drawer 570
Beaufort, SC 29901
843-521-4242
mgriffith@griffithfreeman.com

ATTORNEYS FOR DEFENDANT

November 17, 2022
Beaufort, South Carolina

## CERTIFICATE OF SERVICE

    I certify that on November 17, 2022, I served the *Notice of Removal* on the following by depositing it in the United States mail, with postage prepaid and addressed as follows:

        Daniel C. Boles
        Boles Law Firm
        3870 Leeds Avenue, Suite 104
        North Charleston, SC 29405


        s/    *E. Mitchell Griffith*
        ―――――――――――――――――
        E. Mitchell Griffith (Fed ID #2469)

Beaufort, South Carolina